IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY E. CAGGIANO, et al, <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., et al, <br><br> Defendants. | CIVIL ACTION <br> NO. 19-3074 |

## ORDER

**AND NOW**, this 9th day of September, 2020, upon review of Plaintiffs' Motion to Remand (Docket No. 10) and Memorandum of Law in support, Defendants' Response thereto, as well as the parties' supplemental briefing and after oral argument being held, it is hereby **ORDERED** that Plaintiffs' Motion to Remand is **GRANTED** and this matter shall be remanded to the Court of Common Pleas of Montgomery County.

                                             **BY THE COURT:**

                                             /s/ Jeffrey L. Schmehl
                                             Jeffrey L. Schmehl, J.